*Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed on the opinion of Judge WALSH of the court below.

## Commonwealth *v.* Shindler, Appellant.

Submitted December 6, 1971. *Thomas S. McCready*, Public Defender, for appellant; *James A. Wimmer*, Assistant District Attorney, and *John Deutsch*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Smith, Appellant.

Submitted December 6, 1971. *LeRoy Smith*, appellant, in propria persona; *Wardell F. Steigerwalt*, Assistant District Attorney, and *George J. Joseph*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Smith, Appellant.